*Friday, November 22, 1991*
## MISCELLANEOUS DISMISSALS

**91–1269.** State, ex rel. May, v. Nurre. *Hamilton County*, No. C–910200. *Sua sponte*, cause dismissed for want of prosecution, effective November 18, 1991.

**91–1608.** State v. McWhite. *Lucas County*, No. L–89–303. This cause is pending before the court on the filing of a motion and cross-motion for an order directing the Court of Appeals for Lucas County to certify its record and as a claimed appeal as of right from said court. It appears from the records of this court that appellee/cross-appellant James McWhite, Sr. has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that the cross-motion be, and hereby is, dismissed *sua sponte*, effective November 18, 1991.

Said cause shall remain pending in all other respects.

**91–1705.** Kirkland v. Cuyahoga Cty. Bd. of Commrs. *Cuyahoga County*, No. 60952. *Sua sponte*, cause dismissed for want of prosecution, effective November 18, 1991.

**91–1920.** State, ex rel. Richard, v. McFaul. *Cuyahoga County*, No. 62212. *Sua sponte*, cause dismissed for want of prosecution, effective November 18, 1991.

**91–1961.** State v. Lowe. *Fayette County*, No. CA89–12–032. *Sua sponte*, cause dismissed for want of prosecution, effective November 18, 1991.

**91–2042.** Szczyt v. S.J.W. Enterprises, Inc. *Lorain County*, No. 4919. Cause dismissed, on appellant's application for dismissal, effective November 20, 1991.

**91–2151.** State, ex rel. Jackson, v. Pietrykowski. In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of relator's application to dismiss,

IT IS ORDERED by the court that said application be, and the same is hereby, granted, effective November 18, 1991.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

*Wednesday, November 27, 1991*
## MERIT DOCKET

**91–1397.** State v. Fears. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

**91–1543.** Fears v. State. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

**91–1825.** Cassell v. Ohio Adult Parole Auth. In Habeas Corpus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

**91–1854.** Adams v. State. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

**91–1908.** Gillen v. Overberg. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

**91–1910.** Adams v. State. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.